IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ADRIAN ALVARADO, et. al.,<br><br>              Defendants. | CASE NO. 1:20-MJ-00011<br><br>ORDER UNSEALING COMPLAINT |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, and the defendants now having been arrested such that sealing is no longer required,

IT IS ORDERED that the complaint and arrested warrant filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated:   **June 15, 2020**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE